UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. C-11-194 |
| *versus* | § § § | (CDCS: 2011A41994) |
| FABIAN VILLARREAL, | § § | |
| Defendant. | § § | |

**ORIGINAL ANSWER OF FABIAN VILLARREAL**

COMES NOW, FABIAN VILLARREAL, (hereinafter "Defendant"), Defendant in the above entitled and numbered cause, and for his answer to the Plaintiff's Original Complaint respectfully plead as follows:

1. Defendant admits Paragraph 1.

2. Defendant admits Paragraph 2.

3. Defendant denies Paragraph 3. Defendant admits to owing some amount for said loans. Defendant is with insufficient information to determine the exact amount of debt.

4. Defendant is without knowledge or information sufficient to admit or deny Paragraph 4.

**DEFENDANT DEMANDS A TRIAL BY JURY.**

PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendant FABIAN VILLARREAL prays Plaintiff take nothing from Defendant, that Plaintiff's cause of action be dismissed, that Defendant recover costs, and have such other and further relief, general and special, legal and equitable, to which Defendant may show just entitlement.

                                                 Respectfully submitted,

By:   /s/R. Gary Laws
       R. Gary Law
       State Bar No. 00786045
       Southern District Bar No. 17325
       802 N. Carancahua Street, Suite 2100
       Corpus Christi, Texas 78401-0038
       Telephone:   (361) 857-2522
       Facsimile:    (361) 884-5401
       gary@lawsfirm.net

       ATTORNEY FOR DEFENDANT
       FABIAN VILLARREAL

## CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of February, 2012 I electronically filed with foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

M.H. Cersonsky
CERSONSKY, ROSEN & GARCIA, P.C.
1770 Saint James Place, Suite 150
Houston, Texas 77056
*Attorney for Plaintiff, United States of America*

                                             /s/R. Gary Laws
                                             R. Gary Laws