# UNITED STATES DISTRICT COURT

SOUTHERN      District of      TEXAS

UNITED STATES OF AMERICA
Plaintiff

V.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

2:11CV0194

FABIAN VILLARREAL,
Defendant

TO: (Name and address of Defendant)

FABIAN VILLARREAL
3065 County Rd. 49A 49A 49A
Corpus Christi, Texas 78415

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

M.H. Cersonsky
Cersonsky, Rosen & Garcia, P.C.
1770 St. James Place, Suite 150
Houston, Texas 77056

an answer to the complaint which is herewith served upon you, within __Twenty One (21)__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

DAVID J. BRADLEY
CLERK

JUN - 7 2011
DATE

(By) DEPUTY CLERK

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Southern District of Texas

Case Number: C-11-194

Plaintiff:
**UNITED STATES OF AMERICA**

vs.

Defendant:
**FABIAN VILLARREAL**

For:
M.H. Cersonsky
Ceronsky Rosen & Garcia PC
1770 St. James Place, Suite 150
Houston, TX 77056

Received by Allen Civil Process on the 23rd day of July, 2011 at 4:12 pm to be served on **Fabian Villarreal, 3065 County Road 49 A, Corpus Christi, Nueces County, TX 78415**.

I, Ray Kershaw, being duly sworn, depose and say that on the **16th day of February, 2012 at 3:45 pm, I:**

**Summons and Complaint and Exhibit' and Order For Substituted Service POSTED** by attaching a true copy of the **Summons and Complaint and Exhibit' and Order For Substituted Service** with the date and hour of service endorsed thereon by me, to a conspicuous entryway place of the within named person's RESIDENCE at the address of: **3065 County Road 49 A, Corpus Christi, Nueces County, TX 78415**. Being the front door/entry way on the property, If the property is protected by a fence and gate, by attaching to the gate or a conspicuous entryway place of the within named person's RESIDENCE.

Service was completed by mailing via **Regular Mail** for Fabian Villarreal 3065 County Road 49 A, Corpus Christi, Nueces County, TX 78415, Enclosed was a true copy of the : Summons and Complaint and Exhibit' and Order For Substituted Service.

I am over eighteen, not a party to nor interested in the outcome of the above numbered suit and that I am an Authorized Process Server. I have personal knowledge of the facts set forth in the foregoing affidavit and declare that the statements therein contained are true and correct. I am familiar with the Rules Of Civil Procedure and the Practice and Remedies Codes as they apply to the service of Civil Process. I have never been convicted of a felony or misdemeanor involving moral turpitude.

Subscribed and Sworn to before me on the 21 day of March, 2012 by the affiant who is personally known to me.

NOTARY PUBLIC

J SHEEHAN

Ray Kershaw
SCH-5024 Exp: 4-30-2012

Allen Civil Process
400 Mann Street Suite 902
P.O. Box 181293 (78480)
Corpus Christi, TX 78401
(361) 884-1657
Our Job Serial Number: ALN-2011005794

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5k

