UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| United States of America, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | CIVIL ACTION: C-11-194 (Claim: 2011A41994) |
| Fabian Villarreal, | § § | |
| Defendant. | § | |

## Agreed Judgment

1. On the agreement of the parties, the United States of America recovers from Fabian Villarreal:

   A. Principal of $5,511.04;
   B. Prejudgment interest of $9,640.08 to April 13, 2012;
   C. Attorney's fees of $785.00;
   D. Filing fees of $350.00;
   E. Process Server fees of $77.00;
   F. Total Balance $16,363.12

   Post-judgment interest at _____% per annum.

   Fabian Villarreal will make monthly payments of $201.14, beginning June 15, 2012 and continue to pay in that amount on the 15th day of each month until paid in full.

2. Monthly payments will be mailed to:   Central Intake Facility
   United States Department of Justice
   P. O. Box 790363
   St. Louis, MO  63179-0363

3. Execution may issue immediately if the defendant defaults on payment.

   Signed: _____, 2012, at Corpus Christi, Texas.

   _____
   United States District Judge

Approved and Entry Requested:

By: _____
M. H. Cersonsky, TBA#04088500, SBA #5082
Jim L. Garcia, TBA#07636700, SBA#8115
1770 St James Place, Suite 150
Houston, Texas 77056
Tel. (713) 600-8500 Fax (713) 600-8585
**Attorneys for the United States of America**

By: _____
R. Gary Laws, TBN #00786045
802 N. Carancahua Street, Suite 2100
Corpus Christi, Texas 78401
Tel. (361) 853-2522 Fax (361) 884-5401
**Attorney for Fabian Villarreal**

By: _____
Fabian Villarreal
3065 County Rd. 49A 49A 49A
Corpus Christi, Texas 78415