UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | CIVIL ACTION NO. C-11-194 |
| FABIAN VILLARREAL | § § | |

## **ORDER**

On this day came on to be considered the plaintiff United States of America's Motion for Entry of Agreed Judgment. (D.E. 9). The plaintiff's Motion for Entry of Agreed Judgment is GRANTED.

SIGNED and ORDERED this 15th day of May, 2012.

_____
Janis Graham Jack
Senior United States District Judge